No. 89–289. GEORGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–304. JOHNSON v. MONTGOMERY WARD & CO., INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–5001. WALKER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 89–5003. CUEVAS-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5004. ZABARE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–5007. MUNGUIA v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–5009. TOUMA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–5010. HOLMES v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 89–5012. STURM v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–5013. MAY v. WARNER AMEX CABLE COMMUNICATIONS. C. A. 6th Cir. Certiorari denied.

No. 89–5014. MAY v. WARNER AMEX CABLE COMMUNICATIONS (two cases). C. A. 6th Cir. Certiorari denied.

No. 89–5015. MAY v. BERTELSMAN ET AL. (three cases). C. A. 6th Cir. Certiorari denied.

No. 89–5017. VAN DOREN v. STATE BAR OF TEXAS ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 89–5018. BUCHANAN v. REYNOLDS ET AL. C. A. D. C. Cir. Certiorari denied.